[No. 24353-9-II.   Division Two.   October 20, 2000.]

FRANCA J. SPERLING, *Appellant*, v. ROBERT E. BROWN, *Respondent.*

Appeal from a judgment of the Superior Court for Clark County, No. 97-3-01920-3, Roger A. Bennett, J., entered January 15, 1999. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Seinfeld, J.; Hunt, J., dissenting in part.

[No. 24381-4-II.   Division Two.   October 20, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. RONALD JACKSON, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-03232-6, Thomas Felnagle, J., entered January 13, 1999. *Affirmed* by unpublished opinion per Hunt, A.C.J., concurred in by Seinfeld and Wang, JJ.

[No. 24421-7-II.   Division Two.   October 20, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. CLAIRE E. PHILLIPS, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-02293-1, Robert L. Harris, J., entered February 9, 1999. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater and Wang, JJ.